# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

| Citizens for Responsibility and Ethics in Washington | Appeal No. 21-5276 |

v.

United States Department of Justice

(Type caption of lead case only)

Consolidated Case Nos.

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to file bills of costs out of time.

---

## AMENDED BILL OF COSTS

Comes now Citizens for Responsibility and Ethics in Washington (appellant, ~~petitioner, appellee, or respondent~~), (the) (a) prevailing party in Appeal Nos. 21-5276, by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) ~~(jointly and severally)~~ against the following (party) ~~(parties)~~

**NAME OF PARTY OR PARTIES**  |  **APPEAL NO.**

(1) United States Department of Justice  |  21-5276

(2)

(3)

(4)

(5)

USCA Form 48
Rev. March 2018

(Use per page, per cover or per volume charges where applicable.)

## MAIN BRIEF

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 8 | X | 72 | = | 576 | X | $ 0.12 | = | $ 69.12 |
| **COLOR:** | | | | | | | | |
| | X | | = | | X | | = | |
| **FRONT COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.42 | = | $ 3.36 |
| **BACK COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.41 | = | $ 3.28 |
| **FASTENERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 4.26 | = | $ 34.08 |

AMOUNT $ 109.84

## REPLY BRIEF (if applicable)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 8 | X | 37 | = | 296 | X | $ 0.12 | = | $ 35.52 |
| **COLOR:** | | | | | | | | |
| | X | | = | | X | | = | |
| **FRONT COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.42 | = | $ 3.36 |
| **BACK COVERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 0.41 | = | $ 3.28 |
| **FASTENERS:** | | | | | | | | |
| 8 | X | 1 | = | 8 | X | $ 4.26 | = | $ 34.08 |

AMOUNT $ 76.24

## APPENDIX

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | | | | | | | |
| 7 | X | 217 | = | 1,519 | X | $ 0.12 | = | $ 182.28 |
| **COLOR:** | | | | | | | | |
| | X | | = | | X | | = | |
| **FRONT COVERS:** | | | | | | | | |
| 7 | X | 1 | = | 7 | X | $ 0.42 | = | $ 2.94 |
| **BACK COVERS:** | | | | | | | | |
| 7 | X | 1 | = | 7 | X | $ 0.41 | = | $ 2.87 |
| **FASTENERS:** | | | | | | | | |
| 7 | X | 1 | = | 7 | X | $ 4.26 | = | $ 29.82 |

AMOUNT $ 217.91

AMOUNT OF SUBTOTALS $ 403.99

DOCKETING FEE (if applicable) $ 505.00

TOTAL COSTS TO BE TAXED $ 908.99

USCA Form 48
Rev. March 2018

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

| Jessica A. Lutkenhaus | /s/ Jessica A. Lutkenhaus |
|---|---|
| Typed Name of Counsel | Signature of Counsel |

Wilmer Cutler Pickering Hale and Dorr LLP

Counsel's Address

2100 Pennsylvania Avenue, Washington DC 20037

( 202 ) 663-6640

Counsel's Telephone Number

## VERIFICATION *

State of _____ )
                        ) SS:
County of _____ )

COMES NOW _____, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ____ day of _____, 20____.

_____
Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

USCA Form 48
Rev. March 2018

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Amended Bill of Costs and accompanying Amended Declaration of Jessica A. Lutkenhaus were served through the Court's ECF system on all parties required to be served on February 14, 2023.

*/s/ Jessica A. Lutkenhaus*
JESSICA A. LUTKENHAUS

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>　　　　Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　Appellee. | No. 21-5276 |

### AMENDED DECLARATION OF JESSICA A. LUTKENHAUS
### IN SUPPORT OF BILL OF COSTS

1.　　My name is Jessica A. Lutkenhaus. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I am counsel of record for Appellant Citizens for Responsibility and Ethics in Washington, the prevailing party in this case. I submit this declaration pursuant to 28 U.S.C. § 1746 in support of Appellant's Amended Bill of Costs under Federal Rule of Appellate Procedure 39 and Circuit Rule 39.

2.　　I declare that I signed the Amended Bill of Costs accompanying this declaration, and that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

1

3. The costs claimed for the reproduction of Appellant's opening brief and reply brief and the joint appendix, which are set forth on page two of the Amended Bill of Costs, are limited to the costs for reproduction and binding of the eight paper copies of the briefs and seven paper copies of the joint appendix that were filed as required by the Court's rules.

4. Appellant's opening brief, reply brief, and joint appendix were copied and bound in-house by employees of WilmerHale.  We do not have an accurate method of determining the "actual cost" of in-house copying and binding, and therefore seek costs based on "the most economical means of reproduction available in the metropolitan Washington area" as determined by the Court's Notice dated August 1, 2018, https://www.cadc.uscourts.gov/internet/home.nsf/Content/VL+-+Forms+-+Bill+of+Costs+2018/$FILE/BillOfCosts2018.pdf.  In determining the number of pages for the joint appendix, which the Court's rules permit to be copied on two sides of the page, we used half the number of numbered pages in the joint appendix.  As shown on page two of the Amended Bill of Costs, the amount for copying and binding the briefs and the joint appendix based on the Court-determined rates totaled $403.99.

5. The remaining item of costs claimed is the docketing fee.  Attached as Exhibit 1 is a true and correct copy of a document titled "U.S. District Court District of Columbia Internet Payment History for Lutkenhaus, Jessica A.

11/29/2021 to 11/29/2021." As the document indicates, the docketing fee was $505.00.

6. Accordingly, as shown on page two of the Amended Bill of Costs, the total allowable costs for Appellant in this matter are $908.99.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2023                /s/ *Jessica A. Lutkenhaus*
                                             JESSICA A. LUTKENHAUS

# EXHIBIT 1

# U.S. District Court
# District of Columbia
# Internet Payment History for Lutkenhaus, Jessica A.
# 11/29/2021 to 11/29/2021

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 1:19-cv-03626-DLF | 2021-11-29 14:21:38 | Notice of Appeal to DC Circuit Court( 1:19-cv-03626-DLF) [appeal ntcappat] ( 505.00) | cr card | ADCDC-8892847 | $ 505.00 |