# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Appellee. | No. 21-5276 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Yoseph Desta is withdrawn as counsel for Appellant Citizens for Responsibility and Ethics in Washington in the above-captioned case because he no longer works at Wilmer Cutler Pickering Hale and Dorr LLP. Appellant will continue to be represented by Ari Holtzblatt, Jessica Lutkenhaus, and Nikhel Sus.

1

| | |
|---|---|
| Dated: February 17, 2023 | /s/ Jessica A. Lutkenhaus  <br>JESSICA A. LUTKENHAUS  <br>ARI HOLTZBLATT  <br>WILMER CUTLER PICKERING  <br>   HALE AND DORR LLP  <br>2100 Pennsylvania Avenue NW  <br>Washington, DC 20037  <br>(202) 663-6000  <br>jessica.lutkenhaus@wilmerhale.com  <br><br>NIKHEL S. SUS  <br>CITIZENS FOR RESPONSIBILITY AND  <br>   ETHICS IN WASHINGTON  <br>1331 F Street NW, Suite 900  <br>Washington, DC 20004  <br>(202) 408-5565  <br>nsus@citizensforethics.org  <br><br>*Counsel for Appellant* |

# CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                */s/ Jessica A. Lutkenhaus*
                JESSICA A. LUTKENHAUS